IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-22617-RNS

ELDER LUJAN,

   *Plaintiff,*

v.

SAMUEL R. DANZIGER AS TRUSTEE OF THE IPI LAND
TRUST 2017-4; THE IPI LAND TRUST 2017; AVENTURA
ISLE MASTER HOMEOWNER'S ASSOCIATION, INC.,
BRAD I. SCHANDLER, and BROUGH, CHADROW
& LEVINE, P.A.

   *Defendants,*
_____/

## MEDIATOR'S REPORT

The above-styled cause was mediated on this 9th day of MARCH 2021.

## RESULT

☐ Agreement
☐ Partial Agreement
☐ Impasse
☒ Adjourned

                                            Respectfully Submitted,

                                            **/s/ ISRAEL REYES**
                                            ISRAEL REYES, Esq.
                                            MEDIATOR
                                            FBN: 47627
                                            ireyes@reyeslawfirmpa.com
                                            The Reyes Law Firm, P.A.
                                            343 Alcazar Avenue
                                            Coral Gables, Florida 33134
                                            Telephone (305) 403-2272

*CASE NO.: 1:18-cv-22617-RNS*
*ELDER LUJAN vs. SAMUEL R. DANZIGER AS TRUSTEE OF THE IPI LAND TRUST 2017-4, et al.*
*TRLF FILE NO: 6999.886*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following parties and will be electronically filed by counsel for the Plaintiff who is listed below:

| | |
|---|---|
| Brad I. Schandler, Esq. | bradis4law@gmail.com |
| Robert C. Meyer, Esq. | meyerrobertc@cs.com |
| Justin L. DiBiasio, Esq. | jdibiasio@boydlawgroup.com |
| Thomas A. Conrad, Esq. | thomas.conrad@cna.com |
| James J. Francois, Esq. | jamesjeanfrancoisesq@hotmail.com |

DATED this 16th day of MARCH 2021.

By: /s/ Israel Reyes
ISRAEL REYES, ESQ.