IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELDER LUJAN,

    Plaintiff,

                               CASE NO.: 1:18-CV-22617-RNS

v.

SAMUEL R. DANZIGER AS TRUSTEE OF
THE IPI LAND TRUST 2017-4; THE IPI
LAND TRUST 2017; AVENTURA ISLE
MASTER HOMEOWNERS ASSOCIATION,
INC., BRAD I. SCHANDLER and BROUGH,
CHADROW & LEVINE, P.A.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

      Pursuant to S.D. Fla. L.R. Rule 16.4, the parties hereto, by and through their undersigned counsel, hereby submit this Joint Notice of Settlement, and inform the Court as follows:

      1.    The parties have settled both this action, as well as the underlying state court foreclosure action ("Foreclosure Action"), following the recent mediation conference noticed in this action.

      2.    The parties anticipate filing a Joint Stipulation for Dismissal with Prejudice in both this action and the Foreclosure Action shortly.

      3.    This Joint Notice of Settlement may be executed in counterparts and by faxed or e-mailed copies, each of which shall be deemed an original, but all of which shall constitute a single instrument.

      Dated: May __, 2021

Respectfully submitted,

By: _____
James G. Jean-Francois, Esquire
James Jean-Francois, P.A.
6100 Hollywood Blvd., Suite 211-A
Hollywood, FL 33024
Attorney for Plaintiff, Elder Lujan

By: _s/Thomas A. Conrad_____
Thomas A. Conrad , Esquire
LAW OFFICE OF JOHN E. KORF
U.S. MAIL:  P.O. Box 94743, Chicago, IL 60690-4743
1200 South Pine Island Road, Suite 750
Plantation, FL 33324
Attorney for Brough, Chadrow & Levine, P.A.

By: _____ for
James K. Parker, Esquire
Boyd Richards Parker & Colonnelli, P.L.
100 SE 2nd Street, Suite 2600
Miami, FL 33131
Attorneys for Aventura Isle Master
Homeowners Association, Inc.

By: _Robert C Meyer_____
Robert C. Meyer, Esquire
Robert C. Meyer, P.A.
2223 Coral Way
Coral Gables, FL 33145
Attorney for IPI Land Trust 2017 and Brad I. Schandler

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May __, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing documents are being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ _____
**James Jean-Francois, Esq.**

## SERVICE LIST

| | |
|---|---|
| James K. Parker, Esq.<br>Justin L. DiBiasio, Esq.<br>BOYD RICHARDS PARKER &<br>COLONNELLI, P.L.<br>100 S.E. 2nd Street, Suite 2600<br>Miami, Florida 33131<br>Tel: (786) 425-1045<br>Fax: (786) 425-3905<br>jparker@boydlawgroup.com<br>jdibiasio@boydlawgroup.com<br>Service of Pleadings:<br>ServiceMia@boydlawgroup.com<br>*(Counsel for Defendant Aventura Isles*<br>*Master Association, Inc.)* | Robert C. Meyer, Esq.<br>Robert C. Meyer, P.A.<br>2223 Coral Way<br>Coral Gables, Florida 33145<br>Tel: 305-285-8838<br>Fax: 305-285-8919<br>meyerrobertc@cs.com<br>*(Counsel for Defendants The IPI Land Trust*<br>*2017-4, Samuel R. Danziger as Trustee of the*<br>*IPI Land Trust 2017-4, and Brad I. Schandler)* |
| Thomas A. Conrad, Esq.<br>LAW OFFICE OF JOHN E. KORF<br>U.S. MAIL:P.O. Box 94743, Chicago, IL 60690-4743<br>1200 South Pine Island Road, Suite 750<br>Plantation, FL 33324<br>thomas.conrad@cna.com<br>*(Counsel for Defendant Brough, Chadrow &*<br>*Levine, P.A.)* | |